IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

T&M INVENTIONS LLC,

    Plaintiff,

                                Case No.  19-cv-711-jdp

  v.

BLUESCOPE BUILDINGS NORTH
AMERICA, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant BlueScope Buildings North America, Inc. against plaintiff T&M Inventions LLC dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 7/27/2020 |
| Peter Oppeneer, Clerk of Court | Date |